UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSALIND SMITH,

    Plaintiff,

    v.

MICHAEL MURPHY, et al.,

    Defendants.

_____/

No. C 09-5977 PJH

**ORDER STRIKING DEMURRERS**

    Plaintiff Rosalind Smith filed this action on November 17, 2009, in the Superior Court of California, County of Alameda. On December 21, 2009, defendant VW Credit, Inc., filed a notice of removal, alleging federal question jurisdiction, based on allegations of violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

    At some point prior to the date of removal, defendants VW Credit, Inc., and Volkswagen of Oakland apparently answered the complaint, and alleged affirmative defenses. (Copies of answers and affirmative defenses were not attached to the notice of removal, and are not part of this court's file.) On February 10, 2010, plaintiff filed a "demurrer" to VW Credit, Inc.'s affirmative defenses (Docket No. 9), and a second "demurrer" to Volkswagen of Oakland's affirmative defenses (Docket No. 10).

    The adequacy of pleadings may be challenged in California courts by means of a demurrer. In federal court, however, pleading, which is procedural, is controlled by the

Federal Rules of Civil Procedure, see Hanna v. Plumer, 380 U.S. 460, 469-74 (1965), and determinations regarding the adequacy of pleadings are governed by the Federal Rules. Jackson v. East Bay Hosp., 980 F.Supp. 1341, 1353 (N.D. Cal. 1997); Bureerong v. Uvawas, 922 F.Supp. 1450, 1480 (C.D. Cal. 1996).

The standards governing the state law procedure of demurrer differ from the standards applied in federal court with regard to motions to dismiss and strike. Accordingly, plaintiff's demurrers are STRICKEN.

**IT IS SO ORDERED.**

Dated: February 11, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge