UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROSALIND SMITH,

        Plaintiff,

  v.

MICHAEL MURPHY et al,

        Defendant.
                                      /

Case Number: CV09-05977 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosalind Smith
7601 Cedar Point Lane #208
Charlotte, NC 28210

Dated: February 12, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk