UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROSALIND SMITH,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MURPHY, et al.,<br>　　　　Defendants.<br>_____/ | No. C 09-5977 PJH<br><br>**ORDER DENYING REQUEST FOR DEFENDANT VW CREDIT, INC.'S REPRESENTATIVE TO ATTEND THE ENE TELEPHONICALLY**<br><br>Date:　　　July 21, 2010<br>Mediator:　Lester Levy |

　　　　IT IS HEREBY ORDERED that the request for defendant VW Credit's representative to be excused from personally attending the July 21, 2010 ENE session before Lester Levy is DENIED. The court finds that VW Credit has <u>not</u> demonstrated that their representative's personal attendance at the ENE would "impose an extraordinary or otherwise unjustifiable hardship" in accordance with ADR L.R. 5-10(d). Accordingly, the court DENIES the request to be relieved from compliance with the ADR Local Rules and ORDERS the representative to appear at the ENE in person.

　　　　IT IS SO ORDERED.

July 19, 2010　　　　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California