STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
VW CREDIT, INC.

**FILED**
SEP 1 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIND SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MURPHY dba VOLKSWAGEN OF OAKLAND, VOLKSWAGEN CREDIT, INC. aka VOLKSWAGEN GROUP OF AMERICA and DOES ONE TO TWENTY, INCLUSIVE,<br><br>    Defendants. | Case No. 4:09-cv-05977-PJH<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT VW CREDIT, INC. WITH PREJUDICE**<br><br>F.R.C.P. 41(a)(2) |

1  **IT IS HEREBY STIPULATED** by and between plaintiff Rosalind Smith ("Plaintiff") and
2  defendant VW Credit, Inc. ("VCI") that, having resolved the action between them as confirmed in
3  the Certification of ADR Session filed by Evaluator, Lester Levy, on August 4, 2010, the above-
4  captioned action be and hereby is dismissed as against VCI, <u>with prejudice</u>, pursuant to Federal
5  Rule of Civil Procedure 41(a)(2), including all claims asserted by Plaintiff against VCI.
6  **IT IS SO STIPULATED.**

8  Dated: August __, 2010                                    ROSALIND SMITH
   *September 8, 2010*

                                                            By: _____
                                                                    Rosalind Smith

                                                            Plaintiff in Pro Per


14 Dated: August __, 2010                                    STROOCK & STROOCK & LAVAN LLP
                                                            LISA M. SIMONETTI
                                                            BRIAN C. FRONTINO


                                                            By: _____/s/ Brian C. Frontino_____
                                                                    Brian C. Frontino

                                                            Attorneys for Defendant
                                                            VW CREDIT, INC.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

---
-1-
STIPULATION OF DISMISSAL OF DEFENDANT VW CREDIT, INC. WITH PREJUDICE
Case No. 4:09-cv-05977-PJH
LA 51302227

| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | LISA M. SIMONETTI (State Bar No. 165996) |
| 2 | BRIAN C. FRONTINO (State Bar No. 222032) |
| | 2029 Century Park East |
| 3 | Los Angeles, California 90067-3086 |
| | Telephone: 310-556-5800 |
| 4 | Facsimile: 310-556-5959 |
| | lacalendar@stroock.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | VW CREDIT, INC. |

RECEIVED

SEP 1 3 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALIND SMITH, | Case No. 4:09-cv-05977-PJH |
| Plaintiff, | [PROPOSED] ORDER DISMISSING DEFENDANT VW CREDIT, INC. WITH PREJUDICE |
| vs. | |
| MICHAEL MURPHY dba VOLKSWAGEN OF OAKLAND, VOLKSWAGEN CREDIT, INC. aka VOLKSWAGEN GROUP OF AMERICA and DOES ONE TO TWENTY, INCLUSIVE, | F.R.C.P. 41(a)(2) |
| Defendants. | |

Having considered the Stipulation of Dismissal of Defendant VW Credit, Inc. With Prejudice entered into between plaintiff Rosalind Smith and defendant VW Credit, Inc., and the Certification of ADR Session filed by the evaluator, Lester Levy, on August 4, 2010, IT IS HEREBY ORDERED that defendant VW Credit, Inc. is dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: 9/15/10



_____
The Honorable _____ F. Hamilton
United States District Court Judge

Submitted by:

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
BRIAN C. FRONTINO


By:   /s/ Brian C. Frontino
      _____
      Brian C. Frontino
Attorneys for Defendant
VW CREDIT, INC.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-1-
[PROPOSED] ORDER DISMISSING DEFENDANT VW CREDIT, INC. WITH PREJUDICE
Case No. 4:09-cv-05977-PJH
LA 51302228



$0.61
US POSTAGE
FIRST-CLASS
071S00763736
28226
000000780

Rusting Smith
3234 Pineville Matthews Rd
Suite 103 #95
Charlotte NC 28226

US District Court
Northern Division of California
1301 Clay St
Suite 400 S
Oakland CA 94612