1  Andrew V. Stearns SBN 164849
   Steven M. Berki SBN 245426
2  **BUSTAMANTE, O'HARA & GAGLIASSO**
   333 W. San Carlos St., 8th Floor
3  San Jose, California 95110
   Telephone: (408) 977-1911
4  Facsimile: (408) 977-0746
   astearns@boglawyers.com
5  sberki@boglawyers.com

6  Attorneys for Defendant
   M&M AUTOMOTIVE GROUP, INC. dba
7  VOLKSWAGEN OF OAKLAND,
   Mistakenly named as MICHAEL MURPHY
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13                            * * *

14  ROSALIND SMITH,                )  Case No. CV 09 5977 PJH
                                   )
15                Plaintiff,       )
                                   )  [~~PROPOSED~~] ORDER GRANTING
16  vs.                            )  DISMISSAL OF DEFENDANT MICHAEL
                                   )  MURPHY dba VOLKSWAGEN OF
17  MICHAEL MURPHY dba VOLKSWAGEN OF )  OAKLAND
    OAKLAND, VOLKSWAGEN CREDIT, INC. )  F.R.C.P. 41(a)(2).
18  aka VOLKSWAGEN GROUP OF AMERICA  )
    and DOES ONE TO TWENTY, INCLUSIVE, )  Complaint Filed November 17, 2009
19                                   )  CMC Date: April 8, 2010.
                  Defendants.        )
20                                   )
                                     )
21  _____

22  //

23

24

25

26

27

28

Having considered the Stipulation for Dismissal filed by Defendant Michael Murphy dba Volkswagen of Oakland with prejudice which is entered into between plaintiff Rosalind Smith and defendant Michael Murphy dba Volkswagen of Oakland.

IT IS HEREBY ORDERED that defendant Michael Murphy dba Volkswagen of Oakland is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: 10/26/10



_____
Hon. Phyllis J. Hamilton
United States District Judge